Opinion by Mollison, J.  In accordance with stipulation of counsel that the lumber is similar in all material respects to that the subject of *United States* v. *F. W. Myers & Co., Inc.* (24 C. C. P. A. 156, T. D. 48640) and *F. W. Myers & Co., Inc.* v. *United States* (73 Treas. Dec. 714, T. D. 49530), the claim of the plaintiff was sustained as to certain of the protests in question.  The collector was directed to reliquidate the entries on the basis of the actual number of board feet of planed, tongued, and/or grooved lumber imported, as shown on the invoices and/or the entries covered by the said protests, or as may be calculated arithmetically from the information shown thereon.  In all other respects and as to all other merchandise, the protests were overruled.

**No. 60008.**—A. D. Cohen Co., Inc., et al. *v.* United States, protests 197473–K, etc. (New York).

Opinion by Mollison, J.  In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60009.**—Henry Pollak, Inc., et al. *v.* United States, protests 197523–K, etc. (New York).

Opinion by Mollison, J.  In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60010.**—Embrusa, Inc., et al. *v.* United States, protests 211333–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 7, 1956

**No. 60011.**—Bemo Shipping Company v. United States, protest 232408–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of castings wholly of cast iron which have been chiseled, drilled, machined, or otherwise advanced in condition by operations or processes subsequent to the casting process, but have not been made up into articles, or parts thereof, or finished machine parts, and that the merchandise is the same in all material respects as that involved in *United States* v. *Grinnell Co.* (16 Ct. Cust. Appls. 255, T. D. 42844), the claim of the plaintiff was sustained.

**No. 60012.**—Homestrand, Inc., et al. v. United States, protests 240438–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60013.**—Gorman-Anderson Corp. and Sintered Carbide Corp. et al. v. United States, protests 188046–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horseshoe studs the same in all material respects as those